IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-06005-CR-W-HFS |
| | ) | |
| WALTER E. SEWELL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Pending before the court are motions to dismiss (Doc. 48) and to suppress (Doc. 49). I have reviewed the materials on file and the reports and recommendations of Judge Larsen, with which I agree. For reasons stated by Judge Larsen I adopt his reports and recommendations and DENY the pending motions. SO ORDERED.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

November 18, 2005

Kansas City, Missouri