IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 05-06005-01-CR-SJ-HFS |
| WALTER E. SEWELL, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on November 18, 2005. Defendant Walter Sewell appeared in person and with local counsel Bruce Simon; retained counsel Mr. Chase participated in the pretrial conference by telephone. The United States of America appeared by Assistant United States Attorneys Cynthia Phillips and Curt Bohling.

*I.     BACKGROUND*

On September 27, 2007, a superseding indictment was returned charging Defendant with: three counts of publishing a notice of child pornography, in violation of 18 U.S.C. § 2251(d)(1)(A); five counts of attempt to publish a notice of child pornography, in violation of 18 U.S.C. § 2251(d)(1)(A) and (e); three counts of distribution of child pornography, in violation of 18 U.S.C. § 2252(a)(2); four counts of attempt to distribute child pornography, in violation of 18 U.S.C. §

2252(a)(2) and (b)(2); three counts of attempt to receive child pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(2); one count of possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B); and one count of criminal forfeiture, pursuant to 18 U.S.C. § 2253.

The following matters were discussed and action taken during the pretrial conference:

## II. TRIAL COUNSEL

Ms. Phillips announced that she and Mr. Bohling will be the trial counsel for the government. The case agent to be seated at counsel table is Kurt Lipanovich, FBI.

Mr. Chase announced that he will be the trial counsel for Defendant Sewell.

## III. OUTSTANDING MOTIONS

The United States' Motion in Limine to exclude defense expert David Bainum [#56] is still pending.

## IV. TRIAL WITNESSES

Ms. Phillips announced that the government intends to call ten to eleven witnesses without stipulations or four witnesses with stipulations during the trial.

Mr. Chase announced that Defendant Sewell intends to call eight witnesses during the trial. The defendant may testify.

## V. TRIAL EXHIBITS

Ms. Phillips announced that the government will offer approximately eighty exhibits in evidence during the trial.

Mr. Chase announced that Defendant Sewell will not offer any exhibits in evidence during the trial.

## VI. DEFENSES

Mr. Chase announced that Defendant Sewell will rely on the defense of general denial.

## VII. POSSIBLE DISPOSITION

Mr. Chase stated this case is definitely for trial.

## VIII. STIPULATIONS

Stipulations are not likely in this case. Ms. Phillips advised that Mr. Chase had refused all three proposed stipulations. Mr. Chase was made aware that if Defendant failed to stipulate to the image files, the child identification program, and the image files on Defendant's computer, jurors will have to view the allegedly pornographic materials if relevant.

## IX. TRIAL TIME

Counsel were in agreement that this case will take three to four days to try.

## X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed March 28, 2005, counsel for each party file and serve a list of exhibits

he/she intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by November 18, 2005;

That counsel for each party file and serve requested jury voir dire examination questions by or before noon, Friday, November 18, 2005;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions by or before noon, Friday, November 18, 2005. Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and, if available to counsel, 3 and 1/2 inch computer disk in a form compatible with WordPerfect 9.0, 10.0, or 11.0.

## XI. UNUSUAL QUESTIONS OF LAW

The government's Motion in Limine to exclude defense expert David Bainum [#56] will likely require a hearing. Ms. Phillips stated that Defendant has neither provided Dr. Bainum's expert report nor made any disclosures concerning Dr. Bainum's qualifications and/or the nature of his proposed testimony. Mr. Chase responded that, if called, Dr. Bainum, would not provide expert testimony; instead, Dr. Bainum would provide "percipient" testimony, or testimony based on his perceptions of the materials he reviewed. As a result, it will be necessary to determine whether to allow Dr. Bainum to testify as a lay witness.

## XII. TRIAL SETTING

All counsel and the defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on November 28, 2005.

/s/ Robert E. Larsen
                                        ROBERT E. LARSEN
                                        United States Magistrate Judge

Kansas City, Missouri
November 18, 2005

cc:     The Honorable Howard F. Sachs
        Ms. Cynthia Phillips
        Mr. Curt Bohling
        Mr. Eric Chase
        Mr. Bruce Simon
        Mr. Jeff Burkholder